No. 73–1112.   ACUNA ET AL. *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 73–1124.   NORMAN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 73–1127.   VICTORY *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 73–1142.   BANK OF COMMERCE OF LAREDO *v.* CITY NATIONAL BANK OF LAREDO ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 73–1172.   AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS *v.* BLUE CROSS OF FLORIDA, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 73–1178.   POBLINER *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 73–1208.   OLDENDORFF *v.* PARKER ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 73–1211.   CARTER ET AL. *v.* ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

No. 73–1213.   GRACE ET AL. *v.* LUDWIG ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 73–1219.   BUXTON *v.* AERO MAYFLOWER TRANSIT CO., INC.   C. A. 4th Cir.   Certiorari denied.

No. 73–1223.   BRIZARD *v.* NEW JERSEY.   Super. Ct. N. J.   Certiorari denied.